# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COUNTY OF MONMOUTH and OHIO CARPENTERS' HEALTH FUND, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., ACTAVIS PHARMA, INC., ACTAVIS, LLC, EMCURE LTD., HERITAGE PHARMACEUTICALS, INC d/b/a AVET PHARMACEUTICALS INC., GRANULES USA, INC., AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS LLC, AVKARE, INC., ALKEM LABORATORIES LTD., ASCEND LABORATORIES, LLC, and JOHN DOES 1-100,<br><br>      Defendants. | Civil Action No.: 2:23-CV-21001-MCA-MAH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs County of Monmouth and Ohio Carpenters' Health Fund, by and through counsel, hereby give notice of the voluntary dismissal of the above-captioned action against Defendants Teva Pharmaceuticals USA, Inc., Actavis Pharma, Inc., Actavis, LLC, Emcure Ltd., Heritage Pharmaceuticals, Inc. d/b/a Avet

Pharmaceuticals, Inc., Granules USA, Inc., Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, AvKARE, Inc., Alkem Laboratories Ltd., and Ascend Laboratories, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: May 06, 2024                    Respectfully submitted,

**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
/s/ *James E. Cecchi*
James E. Cecchi
Donald Ecklund
Kevin G. Cooper
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
kcooper@carellabyrne.com
jsteele@carellabyrne.com

**HONIK LLC**
Ruben Honik
1515 Market St., Suite 1100
Philadelphia, PA 19102
Tel: (267) 435-1300
ruben@honiklaw.com

**KANNER & WHITELEY, L.L.C.**
David J. Stanoch
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

d.stanoch@kanner-law.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*Pro Hac Vice*)
Donald A. Broggi
Erin Green Comite
Carey Alexander
Michelle Conston
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 101
Tel: (212) 223-6444
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
mconston@scott-scott.com

**ASHERKELLY ATTORNEYS AT LAW LLP**
Lyndsey K. Bates
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Tel.: 248-746-2753
lbates@asherkellylaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (Pro Hac Vice)
510 Walnut Street – Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

*Attorneys for Plaintiffs*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 5/7/24